

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00064-CR

Donald **AEKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 403rd District Court, Travis County, Texas
Trial Court No. D-1-DC-12-904056
Honorable Brenda Kennedy, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of conviction for Count III is VACATED.  We AFFIRM the trial court's judgment for Counts I and II.

SIGNED November 6, 2013.

Sandee Bryan Marion, Justice